**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:

                                                                           Chapter 13
                                                  Case No.: 18-17397-MAM

ELSIE DIXON,

    Debtor.
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

    **PLEASE TAKE NOTICE** that Chase A. Berger, Esq. and Ghidotti Berger, LLP hereby enter their appearance as counsel for Secured Creditor, **BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR HMC ASSETS, LLC SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF CAM X TRUST** ("Secured Creditor"), in these proceedings.

    All parties shall take note that all future pleadings, notices, correspondence and all other pertinent data pertaining to the above-styled matter shall be forwarded to the undersigned counsel at the address listed below.

**Dated this 17th day of July, 2018.**

                                                    Respectfully submitted,

                                                    **GHIDOTTI | BERGER, LLP**
                                                    *Attorneys for Secured Creditor*
                                                    3050 Biscayne Blvd. - Suite 402
                                                    Miami, Florida 33137
                                                    Telephone: (305) 501.2808
                                                    Facsimile: (954) 780.5578

                                        By:    /s/ Chase A. Berger
                                                     Chase A. Berger, Esq.
                                                     Florida Bar No. 083794
                                                     cberger@ghidottiberger.com

*Case No.: 18-17397-MAM*

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: /s/ Chase A. Berger
Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 17, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Elsie Dixon**
640 Ilex Drive
West Palm Beach, FL 33403

*Debtor's Counsel*
**Siam J. Joseph, Esq.**
618 U.S. Highway 1 # 401
North Palm Beach, FL 33408

*Trustee*
**Robin R Weiner**
P.O. Box 559007
Fort Lauderdale, FL 33355

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

By: /s/ Chase A. Berger
Chase A. Berger, Esq.